IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROFESSIONAL RESEARCH CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV556 |
| vs. | ) ) | ORDER |
| CAREFIRST OF MARYLAND, INC., | ) ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of counsel for the plaintiff for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f). The motion will be granted to the extent set forth below.

**IT IS ORDERED:**

1. The oral motion of counsel for the plaintiff is granted as set forth below.

2. The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file their report **on or before February 10, 2006** regarding their discovery plan.

DATED this 25th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge