IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROFESSIONAL RESEARCH CONSULTANTS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>CAREFIRST OF MARYLAND, INC., <br><br>Defendant. | 8:05CV556<br><br>ORDER |

This matter is before the court on the plaintiff's motion (Filing No. 13) to stay the Rule 26(f) planning report deadline. The plaintiff states that a proper completion and submission of the planning report cannot be accomplished until after the resolution of the defendant's motion to dismiss, or in the alternative, motion to transfer venue (Filing No. 9). The plaintiff represents that the defendant has no objection to the motion. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion to stay the Rule 26(f) planning report deadline (Filing No. 13) is granted as set forth below.

2. The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to dismiss, or in the alternative, motion to transfer venue (Filing No. 9), in which to submit their Rule 26(f) planning report, if necessary.

DATED this 10th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge