IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROFESSIONAL RESEARCH CONSULTANTS, INC., a Nebraska Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>CAREFIRST OF MARYLAND, INC., A Foreign Corporation,<br><br>      Defendant. | Case No. 8:05CV556<br><br>**ORDER** |

  This matter is before the Court on the Defendant's Motion to extend the deadline for the filing of Defendant's reply brief in support of its Motion to Dismiss, or in the Alternative, Motion to Transfer Venue. The Plaintiff has no objection to this motion to extend. Upon consideration,

  **IT IS ORDERED:**

1. The Defendant's Motion to Extend Deadline for Filing of Defendant's Reply Brief is granted as set for the below.
2. Defendant shall have until and including March 9, 2006 to file its reply brief on the currently pending Motion to Dismiss, or in the Alternative, Motion to Transfer Venue.

DATED this 27th day of February, 2006.

                BY THE COURT:


                s/Joseph F. Bataillon
                United States District Judge