IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROFESSIONAL RESEARCH CONSULTANTS, INC., a Nebraska corporation | ) ) ) ) | CASE NO: 8:05-CV-556 |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| CAREFIRST OF MARYLAND, INC., a foreign corporation | ) ) ) | |
| Defendant. | ) | |

This matter having come before the Court upon the Joint Motion for Dismissal of the parties and the Court being fully advised in the premises

IT IS HEREBY ORDERED that the above-captioned lawsuit be and hereby is dismissed with prejudice, each party to pay its own costs and attorney's fees.

Dated this 11th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
U.S. DISTRICT COURT JUDGE

Prepared and submitted by:

David J. Stubstad #21429
FRASER, STRYKER, MEUSEY,
OLSON, BOYER & BLOCH, P.C.
500 Energy Plaza
409 S. 17th Street
Omaha, Nebraska 68102-2663
(402) 341-6000
ATTORNEYS FOR PLAINTIFF

412032